Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00299-CV

In the Matter of the **ESTATE OF** Lewis A. **HOPKINS**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2008-PC-3162
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  June 15, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service on counsel for appellee, Mary E. Hopkins, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are taxed against the appellant.  *See id.* 42.1(d).

PER CURIAM